IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SANDERS LEAD COMPANY, INC., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>AUTO-OWNERS INSURANCE )<br>COMPANY, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>2:98cv557-MHT<br>(WO) |

### JUDGMENT

By agreement of the parties, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant's motion to dismiss (doc. no. 115) is granted.

(2) This cause is dismissed in its entirety without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of November, 2010.

                                /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE